# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:21-CV-00474-GCM

| | |
|---|---|
| **ANDRE ANTONIO DAVIS,** | |
| **Plaintiff,** | |
| v. | **ORDER** |
| **WALMART INCORPORATED**<br>**WALMART STORE #5085**<br>**WALMART STORE #5298**<br>**WALMART HEADQUARTERS**<br>**WALMART STORE #1385,** | |
| **Defendants.** | |

**THIS MATTER** comes before the Court on its own motion. The Court has reviewed Plaintiff's complaint in this matter (ECF No. 1), which it will dismiss as frivolous by separate order. **THIS ORDER SERVES AS NOTICE THAT FURTHER FRIVOLOUS FILINGS MAY RESULT IN THE IMPOSITION OF A PRE-FILING REVIEW SYSTEM.**

A pre-filing review system is not a sanction which is imposed lightly. *Haggins v. Graham*, Civil Case No. 3:21-cv-00340, 2021 U.S. Dist. LEXIS 138243, at *8 (W.D.N.C. July 26, 2021) (Reidinger, C.J.). When such a system is imposed, all documents submitted by the plaintiff in the future, whether in this case or in any other action filed in this District, are pre-screened by the Court for content. Any proposed filings not made in good faith or which lack substance or merit would be returned to the plaintiff without further explanation. *See Vandyke v. Francis*, Civil Action No. 1:12-cv-128-RJC, 2012 WL 257646, at *2 (W.D.N.C. July 3, 2012). **Should the Court receive another frivolous filing from Plaintiff, the Court will issue an order to show cause why a pre-filing system should not be imposed.**

**IT IS THEREFORE ORDERED THAT:**

1. Plaintiff is **ADVISED** that further frivolous filings without a basis in law or fact may result in the imposition of a pre-filing review system;

2. The Clerk is directed to **NOTIFY** the Court of further filings by Plaintiff.

   **SO ORDERED.**

Signed: September 15, 2021

Graham C. Mullen
United States District Judge