# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Andre Antonio Davis**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:21-cv-00474-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Walmart Incorporated et al**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 15, 2021 Order.

September 15, 2021

Frank G. Johns, Clerk
United States District Court